# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Ashley Nicole Norris, individually and on behalf of the estate of her father, Eugene Norris, Jr., ) ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| SM Energy Company, a Delaware Corporation, ) ) ) | |
| ) | Case No. 4:13-cv-116 |
| Defendant. ) | |

Before the court is a motion for attorney James R. Behrenbrinker to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney James R. Behrenbrinker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 14) is **GRANTED**. Attorney James R. Behrenbrinker is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2013.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge